**Ernestine MIDKIFF, Movant, v. Harry E. REISER, Statutory Guardian of Arthur Lieber, et al., Opposed.**

Court of Appeals of Kentucky.

May 29, 1951.

William H. Cecil and William S. Black, Lexington, for movant.

L. O. Thompson, B. J. Elam, and Lasserre Bradley, all of Lexington, opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.